| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| 2 | David C. Wakefield, Esq.    Bar #: 185736 |
|   | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA  92103 |
|   | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY , | Case No.:  C07-3263 JL |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY |
| v. | |
| CHAN GON KIM d.b.a. FOSTER FREEZE; SOON HEE KIMLEE d.b.a. FOSTER FREEZE; EUGENE S. SETO; JAN K. SUE; And DOES 1 THROUGH 10, Inclusive | |
| Defendants. | [Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

///

1    Case Number: C 07-3263 JL        )

Document Date: August 21, 2007

1  Plaintiff ROBERT MCCARTHY hereby gives Notice of his Voluntary Dismissal
2  WITHOUT Prejudice as to all Defendants and Plaintiff's Complaint in its entirety. No
3  Defendants officially appeared in this action.

**IT IS SO REQUESTED AND NOTICE GIVEN.**

Dated:  August 21, 2007                **PINNOCK & WAKEFIELD, A.P.C.**

                                By:    /S/ David C. Wakefield
                                       David C. Wakefield, Esq.
                                       Attorney for Plaintiff Robert McCarthy

2   Case Number: C 07-3263 JL     )

Document Date: August 21, 2007